# Exhibit 2

# INDEPENDENT CONTRACTOR AGREEMENT

This Independent Contractor Agreement (this "Agreement") is made and entered into as of May 1, 2026 (the "Effective Date"), by and between Benchling, Inc. (together with all its subsidiary, parent or affiliated companies, as well as each of their respective principals, owners, shareholders, members, directors, officers, managers, employees, agents and representatives, the "Company"), and **HB 383, LLC** ("Independent Contractor"). The Company and Independent Contractor are each referred to herein individually as a "Party" and collectively as the "Parties".

WHEREAS, the Company desires to retain Independent Contractor as an independent contractor to provide data acquisition strategy and operational services for life sciences datasets. Independent Contractor is willing to perform such services for the Company on the terms of this Agreement, effective as of the Effective Date. The Parties, intending to be legally bound, and in consideration of the mutual promises contained herein, hereby agree as follows:

## 1. Contracted Services and Business Relationship.

a. Services. Independent Contractor shall render to the Company the services set forth in Exhibit A ("Contracted Services") in a timely and professional manner consistent with industry standards, in accordance with the scope of work and schedule set forth in Exhibit A. If any services, functions or responsibilities not specifically described in this Agreement or in Exhibit A are required for the proper performance and provision of the Contracted Services, they shall be deemed to be included within the scope of Contracted Services to the same extent as if specifically described in this Agreement. Further, the Parties shall cooperate in good faith to agree on and implement such further services and agreements as may be requested by the Company from time to time. The Contracted Services are unique and specific to Independent Contractor, and Independent Contractor may not subcontract or otherwise delegate its obligations under this Agreement without the Company's prior written consent. Subject to compliance with Independent Contractor's obligations hereunder, Independent Contractor shall retain the sole control and discretion to determine the methods by which Independent Contractor performs the Contracted Services and the places at which, the equipment and supplies with which, and the hours during which such Contracted Services are to be rendered. Independent Contractor shall use its best efforts to perform the Contracted Services such that the results are satisfactory to the Company.

i. Tools, Equipment and Instrumentalities. Independent Contractor agrees to supply all of its own instrumentalities and tools that Independent Contractor deems necessary to perform the Contracted Services, such as, without limitation, any tools, vehicle, cell phone, stationary, computer, laptop, printer, Internet/data access, facsimile machine, software, applications, and any other equipment or supplies that Independent Contractor deems necessary for the performance of the Contracted Services.

ii. Scope of Authority. Independent Contractor is not authorized to assume or create any obligation or responsibility, express or implied, on behalf of, or in the name of, the Company or to bind the Company in any manner. Independent Contractor shall not receive business cards nor shall he have an actual title or management responsibilities other than those outlined in this Agreement. Independent Contractor shall not use the Company's trade names, trademarks, service names or service marks without the prior approval of an authorized

representative of the Company. Independent Contractor is not authorized to transact business, incur obligations, sell goods, receive payments, solicit orders or assign or create any obligation of any kind, express or implied, on behalf of the Company, or to bind in any way whatsoever, or to make any promise, warranty or representation on behalf of the Company with respect to any matter, except as expressly authorized in this Agreement or in another writing signed by an authorized representative of the Company. Notwithstanding the foregoing, the Company shall have the right to represent to investors, partners, vendors, clients and the like that Independent Contractor is affiliated with the Company.

b. Relationship of Parties. It is understood and agreed that Independent Contractor is an independent contractor and not an employee or agent of the Company for any purpose, including, without limitation, benefits eligibility, overtime eligibility and federal or state tax purposes. Independent Contractor expressly acknowledges, represents, and attests that Independent Contractor is not an employee of the Company and is purely an independent contractor. Independent Contractor further covenants and agrees not to argue, claim, or contend in any forum or in any proceeding that Independent Contractor is an employee of the Company and expressly agrees to defend, indemnify, and hold harmless the Company from and against any and all claims that Independent Contractor is or may be an employee of the Company. Independent Contractor shall abide by each and all of the covenants set forth in this Agreement. Independent Contractor affirms that as to its own employees, if any, Independent Contractor shall at all times comply with applicable law, including all wage and hour laws (including, but not limited to, state and federal laws governing minimum wage, overtime, and, as applicable, rest and meal breaks), and all federal immigration laws (including but not limited to the Immigration Reform and Control Act of 1986), and shall indemnify the Company from any and all claims involving alleged violations of such laws made by or relating to Independent Contractor's employees or subcontractors. Independent Contractor shall have no authority whatsoever to act on behalf of the Company or bind the Company by contract or otherwise without express written authorization from the Company. Independent Contractor shall provide the Company with a completed IRS Form W-9 concurrently with execution of this Agreement.

c. Benefits. Independent Contractor is not eligible for, and shall not participate in, any Company pension, health, insurance, or other fringe benefit plan, except as otherwise agreed to in writing by the Parties. Independent Contractor acknowledges and agrees, and it is the intent of the Parties, that Independent Contractor receives no benefits from the Company, either as an independent contractor or employee, except for the payment for the Contracted Services as stated in this Agreement. If Independent Contractor is reclassified by a state or federal agency or court as an employee for tax or other purposes, Independent Contractor will be deemed a non-benefit employee and will receive no benefits from the Company, except those mandated by state or federal law, even if by the terms of the benefit plans or programs of the Company in effect at the time of such reclassification Independent Contractor would otherwise be eligible for such benefits.

d. Licenses, Certificates, Insurance and Permits. If any license, certificate, bond, insurance or permit is required for the proper and lawful conduct of Independent Contractor's business or other activity carried on at the Company, or if a failure to procure such a license, certificate, bond, insurance or permit might or would in any way affect the operations of the Company, then Independent Contractor, at Independent Contractor's expense, shall duly procure and thereafter maintain such license, certificate, insurance or permit and submit evidence of the



BENCHLING LEGAL

same to inspection by the Company. Independent Contractor, at Independent Contractor's sole cost and expense, shall at all times comply with the requirements of each such license, certificate, insurance or permit.

e. Insurance. Independent Contractor will, at Independent Contractor's sole expense, obtain insurance covering such risks and with such coverage limits as are reasonable and customary in view of the services to be rendered and the risks associated with the services, including, if appropriate, workers' compensation insurance and general liability insurance for Independent Contractor and its employees or agents. The Company reserves the right to require proof of such insurance as a condition of entering into this Agreement or at any time during the term of this Agreement. The Company reserves the right to require that Independent Contractor obtain additional insurance coverage if it reasonably appears to the Company that Independent Contractor's coverage is inadequate to cover the risks associated with the services rendered. The Company also reserves the right to require that the Company be named as an additional insured on Independent Contractor's liability insurance policy.

f. Non-Exclusivity. During the Term (as defined below) of this Agreement, Independent Contractor's services to the Company are not expected to be exclusive to the Company, and Independent Contractor may, and may continue to, provide services similar to the Contracted Services to other persons or entities.

**2. Term and Termination.**

a. Term. The term of this Agreement shall commence on the Effective Date and shall continue until August 31, 2026, unless terminated earlier pursuant to this Section ("Term"). This Agreement may be renewed upon mutual agreement of the Parties.

b. Termination. The Company shall have the right to terminate this Agreement for convenience and with or without cause, without liability or penalty, upon ten (10) days' prior written notice to Independent Contractor. Independent Contractor shall have the right to terminate this Agreement at any time for a material breach if such breach remains uncured for thirty (30) days after receipt by the Company of written notice thereof. In the event the Company terminates this Agreement pursuant to this Section, the Company may, in its discretion, elect to notify Independent Contractor that it is exercising its right to terminate this Agreement with immediate effect and that it will be making a payment to the Independent Contractor in lieu of notice. Upon termination of this Agreement by either Party, Independent Contractor shall immediately cease performing the Contracted Services. Further, upon termination of this Agreement, the Company agrees to pay Independent Contractor any compensation due for the period up to the date of termination.

c. Survival of Terms. Notwithstanding any termination of this Agreement, Section 4 of this Agreement ("Confidential and Proprietary Information"), Section 5 ("Intellectual Property Rights"), Section 7 of this Agreement ("Indemnification"), Section 8 of this Agreement ("Arbitration") and Section 10 of this Agreement ("Miscellaneous") will survive the termination of this Agreement.



BENCHLING LEGAL

3. **Payment.**

a. Fees. The manner and amount of fees the Company shall pay Independent Contractor for the Contracted Services are set forth in Exhibit A, which may be amended from time to time in writing signed by both Parties.

b. Expenses. Independent Contractor shall be responsible for all expenses incurred in connection with Independent Contractor's performance of the Contracted Services, including, without limitation, employee wages, benefits, insurance, and all other costs of doing business for Independent Contractor, unless Independent Contractor seeks and obtains prior written authorization for reimbursement from an authorized officer of the Company.

c. Taxes. Independent Contractor acknowledges and agrees that it is the obligation of Independent Contractor to report as income all compensation received by Independent Contractor pursuant to this Agreement. The Company will report the amount it pays to Independent Contractor on IRS Forms 1099 to the extent required to do so under applicable Internal Revenue Code provisions and state or local law. Independent Contractor agrees to indemnify the Company and hold it harmless to the extent of any obligation imposed by law on the Company to pay any withholding taxes, social security, workers' compensation insurance, unemployment, or disability insurance or similar items in connection with any payments made to Independent Contractor by the Company pursuant to this Agreement, which taxes obligations and any and all related costs, interest, assessments, penalties, damages, attorneys' fees, or losses shall be the sole and personal responsibility and obligation of Independent Contractor. Independent Contractor will not be eligible to participate in any employee benefit plan of the Company.

4. **Confidential and Proprietary Information.**

a. During the Term of this Agreement, Independent Contractor may have access to information not generally known to the general public or within the industry in which the Company is engaged, concerning, among other things, the Company's business methods, presentations, clients, services, business strategies, marketing, sales pitches, and related matters (collectively, "Confidential Information"). Independent Contractor agrees and understands that the Company has expended substantial time, effort, energy, and money in developing its Confidential Information, and that the Company's Confidential Information is vital to its business operations. In addition, Independent Contractor may have access to Confidential Information belonging to or regarding the Company's customers or clients. By way of illustration, but not limitation, Confidential Information includes information pertaining to: (i) the identities of the Company's customers or clients; (ii) the volume of business and the nature of the business relationship between the Company's and its customers or clients; (iii) the Company's billing practices, as well as the pricing of the Company's products and services, including any deviations from its standard pricing; (iv) information regarding the Company's employees, including their identities, skills, talents, knowledge, experience, compensation, and preferences; (v) materials pertaining to or reflecting the Company's training, motivational, and coaching services; (vi) the Company's business plans and strategies, marketing, sales plans and strategies, revenue, expense and profit projections, industry analyses, and any proposed or actual implemented technology changes; (vii) information about the Company's financial results and business condition; and (viii) computer programs, software, source code, and program designs developed by or for the Company and/or tailored to its needs by its employees, independent contractors, consultants or vendors



BENCHLING LEGAL

Independent Contractor understands that the Company's ability to remain viable in its industry depends on protecting its Confidential Information as well as the confidential information of its clients.

b. During and at all times after the Term of this Agreement, Independent Contractor agrees to refrain from directly or indirectly transferring, possessing, using, or disclosing by any manner any Confidential Information, other than necessary in carrying out Independent Contractor's duties, without first obtaining the prior written approval of the Company, and Independent Contractor will take all reasonable precautions to prevent inadvertent disclosure or use of the Company's Confidential Information.

c. Independent Contractor acknowledges that the Company's Confidential Information is valuable to the Company and that disclosure or unauthorized use cannot be fully compensated by monetary damages and will result in irreparable harm to the Company. Independent Contractor consequently waives the defense of the adequacy of money damages in connection with any effort by the Company to obtain equitable enforcement of this Section and agrees that the Company shall be entitled to any and all injunctive and/or equitable relief to enforce the terms of this Section without the necessity of posting a bond or undertaking.

d. Independent Contractor is advised that pursuant to the Defend Trade Secrets Act an individual will not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret that (i) is made (A) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (B) solely for the purpose of reporting or investigating a suspected violation of law; or (ii) is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. Further, Independent Contractor understands that in the event that disclosure of the Company's Confidential Information was not done in good faith pursuant to the above, Independent Contractor will be subject to substantial damages, including punitive damages and attorneys' fees.

**5. Intellectual Property Rights.**

a. Company's Intellectual Property. Independent Contractor hereby acknowledges the great value and goodwill of the Company's copyrights, trademarks, logos and other intellectual property, including, without limitation, all of its product designs and promotional materials (collectively, "Intellectual Property"). Independent Contractor acknowledges that the Company is the sole owner of all right, title and interest to the Intellectual Property. Independent Contractor agrees not to detract from or challenge any of the Company's rights in the Intellectual Property.

b. Assignment of Work Product. As used herein, the term "Work Product" shall include, without limitation, all materials, software, tools, data, inventions, ideas, creations, technology, designs, works of authorship and other innovations of any kind, and any related work-in-progress, improvements or modifications to the foregoing, that are created, developed or conceived (alone or with others) in connection with Independent Contractor's activities for the Company, including, without limitation, any deliverables under this Agreement, that Independent Contractor, or personnel working for or through Independent Contractor, may make, conceive, develop or reduce to practice, alone or jointly with others, in the course of performing the Contracted Services or as a result of such Contracted Services, whether or not eligible for patent,



BENCHLING LEGAL

copyright, trademark, trade secret or other legal protection. Independent Contractor hereby irrevocably assigns and agrees to assign to the Company, without additional consideration, all right, title and interest in and to all Work Product, without limitation, all copyrights, trademarks, trade secrets, patents, industrial rights and all other intellectual property and proprietary rights related thereto, effective immediately upon the inception, conception, creation or development thereof. Independent Contractor shall (a) disclose promptly to the Company all Work Product, and (b) whether during or after the period of this arrangement with the Company, execute such written instruments and do such other acts as may be necessary in the opinion of the Company to obtain a patent, register a copyright or otherwise evidence or enforce the Company's rights in and to such Work Product (and Independent Contractor hereby irrevocably appoints the Company and any of its officers as its attorney in fact to undertake such acts in its name).

c. License of Work Product. To the extent, if any, that Independent Contractor retains any right, title or interest in or to any Work Product, Independent Contractor hereby grants to the Company a perpetual, irrevocable, fully paid-up, transferable, sublicensable, exclusive, worldwide right and license (a) to use, reproduce, distribute, display and perform (whether publicly or otherwise), prepare derivative works of and otherwise modify, make, sell, offer to sell, import and otherwise use and exploit (and have others exercise such rights on behalf of the Company) all or any portion of such Work Product, in any form or media (now known or later developed); (b) to modify all or any portion of such Work Product, including, without limitation, the making of additions to or deletions from such Work Product, regardless of the medium (now or hereafter known) into which such Work Product may be modified and regardless of the effect of such modifications on the integrity of such Work Product; and (c) to identify Independent Contractor, or not to identify Independent Contractor, as one or more authors of or contributors to such Work Product or any portion thereof, whether or not such Work Product or any portion thereof have been modified. Independent Contractor further waives any "moral" rights or other rights with respect to attribution of authorship or integrity of such Work Product that Independent Contractor may have under any applicable law, whether under copyright, trademark, unfair competition, defamation, right of privacy, contract, tort or other legal theory.

**6. Warranties.** Independent Contractor represents, warrants and covenants that (a) Independent Contractor has the full power and authority to enter into this Agreement and to perform its obligations hereunder, without the need for any consents, approvals or immunities not yet obtained; (b) Independent Contractor has the right to grant the rights and assignments granted herein, without the need for any assignments, releases, consents, approvals, immunities or other rights not yet obtained; (c) the Contracted Services, including, without limitation, any deliverables required hereunder, shall be free from material errors or other defects and shall substantially conform to any statement of work for such Contracted Services and/or deliverables as set forth or referenced in Exhibit A; (d) the Work Product (and the exercise of the rights granted herein with respect thereto) do not and shall not infringe, misappropriate or violate any patent, copyright, trademark, trade secret, publicity, privacy or other rights of any third party, and are not and shall not be defamatory or obscene; (e) neither the Work Product nor any element thereof shall be subject to any restrictions or to any mortgages, liens, pledges, security interests, encumbrances or encroachments; and (f) each of Independent Contractor's employees and contractors (if any) involved in the development of the Work Product have executed (or, prior to any such involvement shall execute) a written agreement with Independent Contractor in which such persons (i) assign to Independent Contractor all right, title and interest in and to the Work Product in order that

Independent Contractor may fully grant the rights to the Company as provided herein and (ii) agree to be bound by confidentiality and non-disclosure obligations equivalent to those set forth in this Agreement. The Company hereby disclaims all warranties of any kind, whether express, implied, statutory or otherwise, with respect to any Confidential Information (as defined below) or other information or materials supplied by the Company to Independent Contractor hereunder, including, without limitation, any warranties with respect to any specifications for the Work Product or other deliverables required hereunder.

**7. Indemnification.** Independent Contractor shall defend, indemnify and hold harmless the Company, its affiliates, agents, officers, directors, managers, employees, owners, successors, licensees and assigns from and against all claims, liabilities, suits, losses, damages and expenses, including costs and reasonable attorney's fees ("Claims") which they or any of them may suffer or incur by reason of Independent Contractor's performance under this Agreement or breach of any of Independent Contractor's warranties, representations or covenants hereunder. Claims shall also include allegations that any of the Work Product or materials provided by Independent Contractor that infringes any third party intellectual property rights. Claims shall also include allegations, actions, costs, claims, losses, expenses and/or including attorneys' fees arising out of or resulting from the negligence of Independent Contractor or Independent Contractor's employees, or injuries or damages from Independent Contractor's equipment, instruments or other paraphernalia injuring Company employees or patrons, and any claims brought by or in connection with Independent Contractor's employees, subcontractors or agents involving wage-and-hour issues, employment authorization, and discrimination issues. The Company may satisfy such indemnity (in whole or in part) by way of deduction from any payment due to Independent Contractor.

**8. Arbitration.** Independent Contractor acknowledges that as part of this Agreement the Parties have agreed to submit to individual arbitration of any future disputes between them, whether or not arising out of this Agreement. Thus, all future disputes, controversies or differences which may arise between the Parties, whether arising in contract, statute, tort, fraud, misrepresentation, discrimination, harassment, retaliation, common law or any other legal theory, including, but not limited to disputes relating to the making, performance, enforceability, or interpretation of this Agreement, including the relationship created by this Agreement, and claims or other disputes arising under any federal, state or local law or regulation, statute, law or ordinance whenever brought, which cannot be settled by the Parties themselves, shall be settled finally and bindingly through individual arbitration, to be held in San Francisco, California, in accordance with and governed by the Federal Arbitration Act and the Judicial Arbitration and Mediation Services, Inc. Streamlined Arbitration Rules & Procedures in effect at the time of the claim or dispute is arbitrated. The arbitrator shall render a final decision in writing, setting forth the reasons for the arbitration award. Both Parties are bound by this agreement to arbitrate on an individual basis (i.e., not on a class, group, collective, or representative basis). This does not include disputes, controversies or differences which may not by law be arbitrated, and expressly does not prevent either Party from seeking equitable, including injunctive, relief for breach of Section 4 or Section 5 of this Agreement in a court of competent jurisdiction. The arbitrator in this matter shall not have the power to modify any of the provisions of this Agreement. The decision of the arbitrator shall be final and binding on all Parties to this Agreement, and judgment thereon may be entered in any court having jurisdiction. In any arbitration proceeding conducted pursuant to this paragraph, the Parties shall have the right to discovery, to call witnesses, and to cross-examine the



BENCHLING LEGAL

other party's witnesses. The Party initiating the arbitration shall advance the arbitrator's fee and all costs of services provided by the arbitrator and arbitration organization. However, all the costs of the arbitration proceeding or litigation to enforce this Agreement, including attorneys' fees and costs, shall be paid as the arbitrator or court awards in accordance with applicable law. The Parties hereby waive any right to a jury trial on any dispute or claim covered by this Agreement.

**THE PARTIES WAIVE THEIR RIGHT TO HAVE ANY SUCH DISPUTE, CLAIM OR CONTROVERSY DECIDED BY A JUDGE OR JURY IN A COURT. THE PARTIES ALSO AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITIES, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE OR COLLECTIVE PROCEEDING.**

**9. No Conflicting Obligations.** During the Term of this Agreement, Independent Contractor will not engage in any business activities or perform services for any third party that competes, or proposes to compete, with the Company, its business, its products or services or for whom the performance of services would conflict with Independent Contractor's obligations or the scope of services rendered for the Company under this Agreement. Independent Contractor warrants that there is no other contract or duty on its part inconsistent with this Agreement. Independent Contractor warrants and represents that Independent Contractor's performance of any and all terms of this Agreement does not and will not breach any agreement with a third party to keep in confidence information acquired by Independent Contractor in confidence or in trust. Independent Contractor agrees to indemnify the Company from any and all loss or liability incurred by reason of the alleged breach by Independent Contractor of any agreement with any third party.

**10. Miscellaneous.**

a. Notices. All notices and other communications required or permitted by this Agreement shall be in writing and (i) delivered to the appropriate address by hand, or by nationally recognized overnight service or by courier service (costs prepaid); (ii) sent by email; or (iii) sent by registered or certified mail, return receipt requested, in each case to the parties at their respective address or email addresses set forth on the signature page hereto (or to such other address or email address as a party hereto may designate by notice pursuant to this Section to the other party). All notices, waivers and other communications shall be deemed have been duly given (as applicable): if delivered by hand, by overnight service or by nationally recognized overnight service, when delivered; if sent via registered or certified mail, five (5) business days after being deposited in the mail, postage prepaid; or if delivered by email or other form of electronic transmission, upon receipt of a reply (excluding any automated reply).

b. Governing Law, Jurisdiction, and Venue. The validity, interpretation, construction and performance of this Agreement, and all acts and transactions pursuant hereto and the rights and obligations of the Parties hereto shall be governed, construed and interpreted in accordance with the laws of the State of California, without giving effect to principles of conflicts of law.

c. Severability. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement is held to be invalid, illegal or unenforceable in any respect under any applicable law or rule in any jurisdiction, such invalidity, illegality or unenforceability will not affect any other provision or any other jurisdiction, but this Agreement will be reformed, construed and enforced in such jurisdiction as if such invalid, illegal or unenforceable provisions had never been contained herein.

d. Entire Agreement. This Agreement sets forth the entire agreement and understanding of the parties relating to the subject matter herein and supersedes all prior or contemporaneous discussions, understandings and agreements, whether oral or written, between them relating to the subject matter hereof.

e. Modification. No waiver, alteration, or modification of this Agreement shall be valid unless made in writing and signed by the Parties.

f. Assignment. Independent Contractor may not assign this Agreement to any person in whole or part without the prior written consent of the Company. Independent Contractor may, however, at Independent Contractor's own expense, employ such assistants as Independent Contractor deems necessary to perform the services required of Independent Contractor by this Agreement. The Company may not control, direct, or supervise Independent Contractor's assistants or employees in the performance of these services.

g. Counterparts. This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and all of which together shall constitute one and the same agreement. Execution of a facsimile copy will have the same force and effect as execution of an original, and a facsimile signature will be deemed an original and valid signature.

h. Electronic Delivery. The Company may, in its sole discretion, decide to deliver any documents or notices related to this Agreement by email or any other electronic means. Independent Contractor hereby consent to (i) conduct business electronically (ii) receive such documents and notices by such electronic delivery and (iii) sign documents electronically and agree to participate through an on-line or electronic system established and maintained by the Company or a third party designated by the Company.

i. Headings. The division of this Agreement into sections, clauses, paragraphs or subdivisions thereof, and the insertion of headings, are for convenience of reference only and shall not affect the construction or interpretation hereof.



BENCHLING LEGAL

j. Acknowledgment. Independent Contractor acknowledges and agrees that (a) Independent Contractor was represented by, or have been afforded the opportunity to consult with, counsel of Independent Contractor's own choosing in connection with the negotiation of this Agreement, and (b) Independent Contractor has read and understand this Agreement, is fully aware of its legal effect, and has entered into it freely based on Independent Contractor's own judgment. This Agreement is the result of negotiations between and has been reviewed by each of the Parties hereto and their respective counsel, if any; accordingly, this Agreement shall be deemed to be the product of all of the Parties hereto, and no ambiguity shall be construed in favor of or against any one of the Parties hereto.

[*signature page to follow*]

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by themselves or their duly authorized officers as of the Effective Date.

HB 383, LLC
("Independent Contractor")

By: Signed by: David Li
B67B5CDE6198468...
(Signature)

Name: David Li

Title: Consultant

Address: 1325 Green Street, Unit 201, San Francisco, 94109

Email: david@ślioratherapeutics.com

BENCHLING, INC.
("Company")

By: Signed by: Lauren DeVos
964EB1E1DE8F4D9...
(Signature)

Name: Lauren DeVos

Title: Head of Corporate Development

Address: 680 Folsom St, 8th Floor, San Francisco, CA 94107, USA
Email: lauren.devos@benchling.com



BENCHLING LEGAL