Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Jiaxing Xu (State Bar No. 344100)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENCHLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC<br><br>Defendants. | Case No. 3:26-cv-11898<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER FED. R. CIV. P. 7.1** |

Under Federal Rule of Civil Procedure 7.1, plaintiff Benchling, Inc. states that it has no parent corporation, and that no publicly held corporation owns 10% or more of the company's stock.

Date: October 14, 2026

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Jiaxing Xu (State Bar No. 344100)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*