Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Jiaxing Xu (State Bar No. 344100)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENCHLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC<br><br>Defendants. | Case No. 3:26-cv-11898<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV. L.R. 3-15** |

Under Civil Local Rule 3-15, the undersigned certifies that the following entities have a financial interest in a party to the proceeding: Benchmark Capital; Thrive Capital; and Menlo Ventures.

Date: October 14, 2026

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Jiaxing Xu (State Bar No. 344100)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*