AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Benchling, Inc.

*Plaintiff(s)*

v.

Nithin Parsan; David Li; HB 383, LLC; ArcX Bio LLC

*Defendant(s)*

Civil Action No. 4:26-cv-11898-ASK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nithin Parsan
250 King Street, Unit 266
San Francisco, California, 94107

HB 383, LLC
c/o Northwest Registered Agent, Inc.
2108 North Street, Suite N
Sacramento, California, 95816

David Li
1325 Green Street, Unit 201
San Francisco, California, 94109

ArcX Bio LLC
c/o Yuan Li
173 Lorie Court
Walnut Creek, California, 94597-3105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew S. Warren
Warren LLP
2261 Market Street, No. 606
San Francisco, California, 94114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/15/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:26-cv-11898-ASK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset