| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WARREN LLP<br>2261 MARKET STREET, STE. 606<br>SAN FRANCISCO, CA 94114<br>*Telephone No:* 415-895-2940 *FAX No:* 415-895-2964<br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* BENCHLING, INC. | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* BENCHLING, INC.<br>*Defendant:* NITHIN PARSAN; ET AL | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:26-CV-11898-ASK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1

3. *a. Party served:* ARCX BIO LLC C/O YUAN LI
   *b. Person served:* party in item 3.a., Asian, Female, 55 Years Old, Blonde Hair, 5 Feet 3 Inches, 130 Pounds

4. *Address where the party was served:* 173 LORIE COURT
   WALNUT CREEK, CA 94597

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Oct. 19, 2026 (2) at: 7:04PM

7. ***Person Who Served Papers:***
   a. DORIS CABRERA
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee** for Service was:*
e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 1694
   *(iii) County:* Contra Costa

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Tue, Oct. 20, 2026***

(DORIS CABRERA)