| Attorney or Party without Attorney: WARREN LLP<br>2261 MARKET STREET, STE. 606<br>SAN FRANCISCO, CA 94114<br>Telephone No: 415-895-2940 FAX No: 415-895-2964 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: BENCHLING, INC. | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Northern District Of California | | | | |
| Plaintiff: BENCHLING, INC.<br>Defendant: NITHIN PARSAN; ET AL | | | | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: 4:26-CV-11898-ASK |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1

3. a. *Party served:* DAVID LI
   b. *Person served:* party in item 3.a., Asian, Male, Late 40's, Black Hair, Brown Eyes, 5 Feet 6 Inches, 130 Pounds

4. *Address where the party was served:* 1325 GREEN STREET, UNIT 201, SAN FRANCISCO, CA 94109

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Oct. 27, 2026 (2) at: 7:40PM

7. ***Person Who Served Papers:***
   a. LUIS ARTURO MENDEZ CARO
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee** for Service was:*
e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 569
   *(iii) County:* San Mateo
   *(iv) Expiration Date:* Tue, Nov. 09, 2027

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Wed, Oct. 28, 2026***

(LUIS ARTURO MENDEZ CARO)