| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WARREN LLP<br>2261 MARKET STREET, STE. 606<br>SAN FRANCISCO, CA 94114<br>*Telephone No:* 415-895-2940 *FAX No:* 415-895-2964<br>*Attorney for:* Plaintiff<br>*Ref. No. or File No.:* BENCHLING, INC. | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* BENCHLING, INC.<br>*Defendant:* NITHIN PARSAN; ET AL | |

| **PROOF OF SERVICE SUMMONS IN A CIVIL** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:26-CV-11898-ASK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1

3. a. *Party served:* NITHIN PARSAN
   b. *Person served:* party in item 5.b

4. *Address where the party was served:* 250 KING STREET, UNIT 266
   SAN FRANCISCO, CA 94107

5. *I served the party:*
   b. **by substituted service.** On: Thu., Oct. 22, 2026 at: 4:24PM I left the documents listed in item 2 with or in the presence of: PAZ GAOU, Middle Eastern, Male, 40's, Black Hair, Brown Eyes, 5 Feet 5 Inches, 130 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. ***Person Who Served Papers:***
   a. LUIS ARTURO MENDEZ CARO
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee** for Service was:*
e. I am: (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:* 569
   *(iii) County:* San Mateo
   *(iv) Expiration Date:* Tue, Nov. 09, 2027

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Fri, Oct. 23, 2026***

**(LUIS ARTURO MENDEZ CARO)**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WARREN LLP<br>2261 MARKET STREET, STE. 606<br>SAN FRANCISCO, CA 94114<br><br>*Telephone No:* 415-895-2940 *FAX: No:* 415-895-2964<br>*Attorney for:* Plaintiff \| *Ref. No or File No.:* BENCHLING, INC. | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* BENCHLING, INC.<br>*Defendant:* NITHIN PARSAN; ET AL | |

| **DECLARATION OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:26-CV-11898-ASK |
|---|---|---|---|---|

1. I, LUIS ARTURO MENDEZ CARO, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NITHIN PARSAN as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/20/26 | 5:17pm | Home | UNABLE TO GAIN ACCESS INTO BUILDING. Attempt made by: LUIS ARTURO MENDEZ CARO, Registration #569 San Mateo County. Attempt at: 250 KING STREET, UNIT 266 SAN FRANCISCO, CA 94107. |

3. *Person Executing*
   a. LUIS ARTURO MENDEZ CARO
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

**Recoverable Costs Per CCP 1033.5(a)(4)(B)**

***d. The Fee*** *for service was:*

*e. I am:* (3) registered California process server
*(i)* Independent Contractor
*(ii) Registration No.:* 569
*(iii) County:* San Mateo
*(iv) Expiration Date:* Tue, Nov. 09, 2027

4. ***I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.***
   Date: Fri, Oct. 23, 2026

**(LUIS ARTURO MENDEZ CARO)**

8952940.152397

**DECLARATION OF REASONABLE DILIGENCE**

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>WARREN LLP<br>2261 MARKET STREET, STE. 606<br>SAN FRANCISCO, CA 94114<br><br>*Telephone No:* 415-895-2940 *FAX: No:* 415-895-2964<br>*Attorney for:* Plaintiff<br>*Ref. No or File No.:* BENCHLING, INC. | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court For The Northern District Of California | |
| *Plaintiff:* BENCHLING, INC.<br>*Defendant:* NITHIN PARSAN; ET AL | |

| **DECLARATION OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:26-CV-11898-ASK |
|---|---|---|---|---|

1. I, ANANDA P. BOUGANIM, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NITHIN PARSAN as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 10/19/26 | 12:20pm | Home | THIS IS A SECURED BUILDING. ENTRY SYSTEM SAYS UNIT DOESN'T EXIST. NO WAY TO SEARCH BY NAME. UNABLE TO GAIN ACCESS INTO BUILDING. Attempt made by: ANANDA P. BOUGANIM, Registration #534 San Mateo County. Attempt at: 250 KING STREET, UNIT 266 SAN FRANCISCO, CA 94107. |

3. *Person Executing*
   a. ANANDA P. BOUGANIM
   **b. A & A LEGAL SERVICE, Inc.**
   880 MITTEN ROAD, SUITE 102
   BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

**Recoverable Costs Per CCP 1033.5(a)(4)(B)**
***d. The Fee*** *for service was:*
*e. I am:* (3) registered California process server
*(i)* Employee
*(ii) Registration No.:* 534
*(iii) County:* San Mateo
*(iv) Expiration Date:* Sat, Feb. 19, 2028

4. ***I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.***
   Date: Fri, Oct. 23, 2026

**(ANANDA P. BOUGANIM)**

8952940.152466

| *Attorney or Party without Attorney:* WARREN LLP 2261 MARKET STREET, STE. 606 SAN FRANCISCO, CA 94114 *Telephone No:* 415-895-2940 *FAX No:* 415-895-2964 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | | *Ref. No or File No.:* BENCHLING, INC. | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court For The Northern District Of California | | | | |
| *Plaintiff:* BENCHLING, INC. *Defendant:* NITHIN PARSAN; ET AL | | | | |
| **PROOF OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 4:26-CV-11898-ASK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES UNDER CIV.L.R. 3-15; CORPORATE DISCLOSURE STATEMENT UNDER FED.R.CIV.P.7.1

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Fri., Oct. 23, 2026
   b. Place of Mailing: BURLINGAME, CA 94010
   c. Addressed as follows: NITHIN PARSAN
      250 KING STREET, UNIT 266
      SAN FRANCISCO, CA 94107

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Oct. 23, 2026 in the ordinary course of business.

5. *Person Serving:*
   a. LIANA M. SOLOMON
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee** for Service was:*
   e. I am: Exempt from registration under B&P 22350(b)

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

***Date: Fri, Oct. 23, 2026***

(LIANA M. SOLOMON)