Jordan R. Jaffe, SBN 254886
jjaffe@wsgr.com
Stephanie C. Cheng, SBN 319856
Stephanie.Cheng@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: 415.947.2000
Facsimile: 866.974.7329

*Attorneys for Defendants Nithin Parsan, David Li, HB 383, LLC, and ARCX Bio LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENCHLING, INC.<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC;<br><br>Defendants. | Case No. 3:26-cv-11898-RS<br><br>**STIPULATION SETTING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS, Plaintiff Benchling, Inc. ("Plaintiff") filed a Complaint in the above-entitled action on October 14, 2026 and served the Complaint on Defendants Nithin Parsan; David Li; HB 383, LLC; and ARCX Bio LLC ("Defendants") on November 2, 2026, October 27, 2026, October 19, 2026, and October 19, 2026, respectively;

WHEREAS, Defendants seek to consolidate their times to answer or otherwise respond to the Complaint on November 16, 2026, and Plaintiff does not object to them doing so;

WHEREAS, a stipulation between the parties to consolidate Defendants' time to answer or otherwise respond to the Complaint on November 16, 2026, will not alter any event or deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1(a), that: (1) Defendants will answer or otherwise respond to the Complaint on November 16, 2026; (2) neither Plaintiff nor Defendants will use this stipulation or their related discussions for any purpose other than enforcing their agreements in this stipulation; and (3) execution of this stipulation is not a waiver of any claims or defenses Plaintiff or Defendants may otherwise have, and all such claims and defenses are expressly reserved by Plaintiff and Defendants.

Dated: November 6, 2026

By: */s/ Jordan A. Jaffe*
Jordan A. Jaffe
Stephanie C. Cheng
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126

Attorneys for Defendants

By: */s/ Matthew S. Warren*
Matthew S. Warren
Erika H. Warren
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114

Attorney for Plaintiff

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: November 6, 2026

*<u>/s/ Jordan A. Jaffe</u>*
Jodan A. Jaffe