Jordan R. Jaffe, SBN 254886
jjaffe@wsgr.com
Stephanie C. Cheng, SBN 319856
stephanie.cheng@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: 415.947.2000
Facsimile: 866.974.7329

*Attorneys for Defendants Nithin Parsan, David Li, HB 383, LLC, and ARCX Bio LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENCHLING, INC.<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC;<br><br>Defendants. | Case No. 3:26-cv-11898-RS<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: November 6, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Jordan R. Jaffe*

Jordan R. Jaffe
Stephanie C. Cheng
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126

Attorneys for Defendants