Jordan R. Jaffe, SBN 254886
jjaffe@wsgr.com
Stephanie C. Cheng, SBN 319856
stephanie.cheng@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: 415.947.2000
Facsimile: 866.974.7329

*Attorneys for Defendants Nithin Parsan, David Li, HB 383, LLC, and ARCX Bio LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENCHLING, INC.<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC;<br><br>Defendants. | Case No. 3:26-cv-11898-RS<br><br>**DEFENDANTS HB 383, LLC AND ARCX BIO LLC'S RULE 7.1 DISCLOSURES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants HB 383, LLC provides the following disclosures: No publicly traded corporation owns more than ten percent of the stock of HB 383, LLC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ArcX Bio LLC provides the following disclosures: No publicly traded corporation owns more than ten percent of the stock of ArcX Bio LLC.

Dated: November 9, 2026

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: * /s/ Jordan R. Jaffe*

Jordan R. Jaffe
Stephanie C. Cheng
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126

Attorneys for Defendants