**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BENCHLING, INC.<br>Plaintiff,<br>v.<br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC;<br>Defendants. | Case No. 3:26-cv-11898-RS<br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br>DATE: January 14, 2027<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 12 – 19th Floor<br>JUDGE: Honorable Richard Seeborg |

Defendants' Notice of Motion and Motion to Compel Arbitration and Stay Proceedings, together with the Notice of Motion and Motion to Dismiss, filed in the alternative, came before this Court for hearing on January 14, 2027 at 1:30pm before the Honorable Richard Seeborg. The Court, having considered both Motions, papers filed in support and opposition thereto, and all other papers on file herein:

IT IS HEREBY ORDERED that Defendants' Motion to Compel Arbitration and Stay Proceedings is GRANTED in its entirety. The Court finds that Plaintiff Benchling, Inc. must arbitrate its claims against Defendants Nithin Parsan, HB 383, LLC, David Li, and ArcX Bio LLC. The case is stayed pending arbitration pursuant to 9 U.S.C. §§ 3 and 4.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
HONORABLE RICHARD SEEBORG
United States District Judge