**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BENCHLING, INC.<br>Plaintiff,<br>v.<br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC;<br>Defendants. | Case No. 3:26-cv-11898-RS<br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br>DATE: January 14, 2027<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 12 – 19th Floor<br>JUDGE: Honorable Richard Seeborg |

Defendants' Notice of Motion and Motion to Dismiss, filed in the alternative to the contemporaneously filed Motion to Compel Arbitration and Stay Proceedings, came before this Court for hearing on January 14, 2027 at 1:30pm before the Honorable Richard Seeborg. The Court, having considered both Motions, papers filed in support and opposition thereto, and all other papers on file herein:

IT IS HEREBY ORDERED that, to the extent any claims are not compelled to arbitration, Defendants' Motion to Dismiss is GRANTED. The Court finds that Counts I and II are dismissed without prejudice, and Counts III, IV, and V are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
HONORABLE RICHARD SEEBORG
United States District Judge