Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENCHLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC,<br><br>Defendants. | Case No. 3:26-cv-11898-RS<br><br>**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES FOR DOCKET NOS. 24, 25** |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice before this Court and the State of California. I am a partner at Warren LLP, counsel for plaintiff Benchling, Inc. in this action. My statements below are based on my personal knowledge and, if called as a witness, I would testify competently to them.

2. On Monday, November 16, 2026, defendants Nithin Parsan, David Li, HB 383, LLC, and ArcX Bio LLC filed a Motion to Compel Arbitration and Stay Proceedings and a Motion to Dismiss Complaint (collectively, the “Motions”). Docket Nos. 24, 25.

3. Under Civil Local Rule 7-3(a), plaintiff’s oppositions to the Motions are due on November 30, 2026.

4. Under Civil Local Rule 7-3(c), defendants’ replies in support of the Motions are due on December 7, 2026.

//

5. In light of the approaching Thanksgiving holiday, the parties' schedules, and plaintiff's consideration of amending its complaint, the parties have agreed to an extension of time for plaintiff to oppose the Motions from November 30 to December 4, 2026, and an extension of time for defendants to reply in support of the Motions from December 7 to December 15, 2026.

6. The parties have previously stipulated to the defendants consolidating their times to respond to the complaint on November 16, 2026. Docket No. 20.

7. Should the Court grant the parties' stipulation, the stipulated extensions will not alter any event or deadline already fixed by Court Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2026, at San Francisco, California.



Matthew S. Warren