Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BENCHLING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NITHIN PARSAN; DAVID LI; HB 383, LLC; and ARCX BIO LLC,<br><br>Defendants. | Case No. 3:26-cv-11898-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING DEADLINES FOR DOCKET NOS. 24, 25** |

Under Civil Local Rules 6-2 and 7-12, plaintiff Benchling, Inc. and defendants Nithin Parsan, David Li, HB 383, LLC, and ArcX Bio LLC (collectively, the "Parties") stipulate as follows:

WHEREAS, plaintiff filed a complaint in this action on October 14, 2026, and served the complaint on the defendants on October 19, 2026, October 27, 2026, and November 2, 2026;

WHEREAS, the Parties stipulated to the defendants consolidating their times to respond to the complaint on November 16, 2026 (Docket No. 20);

WHEREAS, on November 16, 2026, defendants filed a Motion to Compel Arbitration and Stay Proceedings and a Motion to Dismiss Complaint (collectively, the "Motions") (Docket Nos. 24, 25);

WHEREAS, under Civil Local Rule 7-3(a), plaintiff's oppositions to the Motions are due on November 30, 2026;

WHEREAS, under Civil Local Rule 7-3(c), defendants' replies in support of the Motions are due on December 7, 2026;

WHEREAS, the Motions are set for hearing on January 14, 2027, at 1:30 p.m. PST;

WHEREAS, under Fed. R. Civ. P. 15(a)(1)(B), plaintiff has until December 7, 2026, to amend its complaint;

WHEREAS, in light of the approaching Thanksgiving holiday, the Parties' schedules, and plaintiff's consideration of amending its complaint, the Parties have agreed to an extension of time for plaintiff to oppose the Motions from November 30 to December 4, 2026, and an extension of time for defendants to reply in support of the Motions from December 7 to December 15, 2026;

WHEREAS, these extensions will not alter any event or deadline already fixed by Court Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED, under Civil Local Rules 6-2 and 7-12, that: (1) plaintiff will file any oppositions to the Motions by December 4, 2026; (2) defendants will file any replies in support of the Motions by December 15, 2026; (3) neither plaintiff nor defendants will use this stipulation or their related discussions for any purpose other than enforcing their agreements in this stipulation; and (4) execution of this stipulation is not a waiver of any claims or defenses plaintiff or defendants may otherwise have, and all such claims and defenses are expressly reserved by plaintiff and defendants.

Date: November 19, 2026

By: ______________________________

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-11898@cases.warrenllp.com

*Attorneys for Plaintiff Benchling, Inc.*

By: */s/ Jordan R. Jaffe*

Jordan R. Jaffe (State Bar No. 254886)
jjaffe@wsgr.com
Stephanie C. Cheng (State Bar No. 319856)
stephanie.cheng@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
+1 (415) 947-2000

*Attorneys for Defendants Nithin Parsan, David Li, HB 383, LLC, and ArcX Bio LLC*

**ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: November 19, 2026

______________________________
Matthew S. Warren

**[~~PROPOSED~~] ORDER**

Having considered the parties' stipulation, IT IS HEREBY ORDERED THAT: (1) plaintiff will file any oppositions to defendants' Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss Complaint by December 4, 2026; and (2) defendants will file any replies in support of their Motion to Compel Arbitration and Stay Proceedings and Motion to Dismiss Complaint by December 15, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 19, 2026

THE HON. RICHARD SEEBORG
United States District Judge